**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      17 CR. 223 (RMB)

  -against-

                                                       **ORDER**

TORRI HARVEY,
                Defendant.
------------------------------------------------------------X

       The status conference scheduled for Tuesday, September 8, 2020 at 11:00 AM will be held telephonically.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0223

Dated: September 3, 2020
       New York, NY

                                              _____
                                                 RICHARD M. BERMAN
                                                       U.S.D.J.