**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                       17 CR. 223 (RMB)

  -against-

                                                       **ORDER**

TORRI HARVEY,
                Defendant.
-----------------------------------------------------------X

       The status teleconference previously scheduled for Tuesday, December 8, 2020 at 10:30 AM is hereby adjourned to Thursday, December 10, 2020 at 10:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0223

Dated: December 2, 2020
       New York, NY

                                                         _____
                                                            RICHARD M. BERMAN
                                                                U.S.D.J.