UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                 17 CR. 223 (RMB)

-against-

                 **ORDER**

TORRI HARVEY,
     Defendant.
------------------------------------------------------------X

  Based upon the SDNY policy dated March 5, 2018 favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Ms. Harvey's dedicated compliance with supervised release, including, but not limited to, her successful completion of supervision and her steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective March 9, 2021 is warranted. The Court finds that Ms. Harvey has conducted herself in an exemplary and law abiding fashion and exceeded the requirements (conditions) of her supervision.  See transcript of proceedings held on April 20, 2021 for a complete record.

Dated: April 20, 2021
   New York, NY

                 *Richard M. Berman*
                RICHARD M. BERMAN
                  U.S.D.J.

# Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Torri Harvey's supervised release, and her hard work and dedication, and achievements, the Court hereby terminates Harvey's further supervised release obligations.

Congratulations for a job well done.

April 20, 2021

*Richard M. Berman*
Richard M. Berman
U.S. District Judge